**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

SHARON JONES;
FRANKLIN MCCONNELL JR

                                    **CAUSE NO.** 05-3330 (05-34565)

      vs

ARDMORE FINANCE

                                    **DATE:** January 18, 2006
                                    **PLACE:** East St Louis

**CHAPTER:** 13

**PRESENT:** Honorable Kenneth J. Meyers, U.S. Bankruptcy Judge

**COUNSEL FOR**
**PLAINTIFF:** Karl Wulff

**COUNSEL FOR**
**DEFENDANT:**

**MINUTE ORDER IN CHAMBERS ( )**

**PROCEEDINGS:** Motion for Default Judgment

**MINUTES OF COURT:** Case is called for hearing on the Motion for Default Judgment. No one appears on behalf of the defendant, Ardmore Finance. Karl Wulff appears as counsel for the plaintiff, Sharon Jones and Franklin McConnell Jr, and makes an oral Motion to Voluntarily Dismiss the Complaint. The oral Motion is Granted and the Complaint is Dismissed.

                                            Wayne A. Bannert
                                      Clerk of Bankruptcy Court

                                    By: /s/ Krista Doiron
                                        Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**